JS-6

# UNITED STATES DISTRICT COURT

## FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEANNA WOLFE,<br><br>    *Plaintiff,*<br><br>v.<br><br>C.R. BARD, INC., AND BARD PERIPHERAL VASCULAR, INC.,<br><br>    *Defendants.* | Case No. 2:19-cv-07768-MWF-PJW<br><br>**ORDER** |

      Before the Court is the Parties' Joint Stipulation of Dismissal Without Prejudice, filed on May 10, 2022. The Parties stipulate and agree that the above-captioned case be dismissed *without prejudice*, with each party to bear its own costs. (*See,* Fed. R. Civ. P. 41(a)(1)(A)(ii)).

      IT IS ORDERED that the case is hereby **CLOSED.**

      SIGNED this 10th day of May, 2022.

                                               */s/ Michael W. Fitzgerald*
                                            MICHAEL W. FITZGERALD
                                            United States District Judge